**Order entered June 8, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00289-CV

## ERICA ROSE, Appellant

## V.

## CHRIS WASH, Appellee

### On Appeal from the County Court at Law No. 2
### Kaufman County, Texas
### Trial Court Cause No. 109502-CC2

## ORDER

As directed to do so, appellant has filed a status report informing the Court that settlement negotiations continue between the parties and requesting the deadline for appellant's brief be extended fourteen days to allow for further negotiations.

We **GRANT** the extension request and **ORDER** appellant to file her brief, a status report, or a motion to dismiss the appeal no later than June 22, 2022.

/s/    CRAIG SMITH
       JUSTICE